IN THE UNITED STATES DISTRICT COURT
FOR THE **MIDDLE** DISTRICT OF **Alabama**
**Northern** DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

RECEIVED

2018 MAY 17 A 10: 59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**DAVID EDWARD HARMON**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**SGT. DEVLON WILLIAMS (A.D.O.C.)**
**OFF.       MANAGEN (A.D.O.C.)**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. **2:18-cv-506-WKW-SRW**
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
                *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DAVID E. HARMON

All other names by which you have been known:

_____

ID Number: 220293
Current Institution: G.K. FOUNTAIN
Address: 9677 Hwy. 231
ATMORE, AL 36502-4271

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: DEVLON WILLIAMS
Job or Title (if known): SGT. @ STATON CORR. FAC.
Shield Number: N/A
Employer: ALABAMA DEPARTMENT OF CORRECTIONS
Address: _____

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name: OFF. MANAGEN

2

Job or Title (if known)   OFFICER @ STATON CORR. FAC
Shield Number             N/A
Employer                  ALABAMA DEPT. OF CORRECTIONS
Address                   _____

☑ Individual capacity    ☑ Official capacity

**Defendant No. 3**

Name                     _____
Job or Title (if known)  _____
Shield Number            _____
Employer                 _____
Address                  _____

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**

Name                     _____
Job or Title (if known)  _____
Shield Number            _____
Employer                 _____
Address                  _____

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   _____
   _____
   _____

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   _____
   _____
   _____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

   _____
   _____
   _____

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

   ☐ Pretrial detainee

   ☐ Civilly committed detainee

   ☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____
_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

STATON CORR. FAC. ON THURSDAY, MARCH 8TH, 2018
_____
_____

C. What date and approximate time did the events giving rise to your claim(s) occur?

THURSDAY, MARCH 8TH, 2018 AT APPROX. 7:15 P.M.
_____

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ON SAID DATE AND TIME, SGT. WILLIAMS & OFF. MANAFEN DID KICK, STOMP, AND BEAT ME WITH A METAL BATON UNTIL I HAD MULTIPLE BROKEN RIBS AND A BROKEN LEFT LEG. THERE WERE FOUR (4) NURSES WORKING IN THE S.H.C.U. THAT WERE

5

WITNESSES TO THE BEATING AND THE AFTERMATH. SGT. WILLIAMS WAS THE ONE RESPONSIBLE FOR THE LEFT LEG AND LEFT RIBS THAT WERE BROKEN AND OFF. MANAGEN WAS RESPONSIBLE FOR THE RIGHT RIBS THAT WERE BROKEN.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I SUSTAINED MULTIPLE BI-LATERAL RIB FRACTURES AND A BROKEN LEG. THE FOLLOWING FRIDAY MORNING, 3-9-18, I WAS TAKEN TO X-RAY FOR CONFIRMATION OF THE INJURIES. AFTERWARD, I WAS PLACED IN A ONE (1) MAN HOLDING CELL WHERE PAIN MEDICATION WAS THE ONLY TREATMENT ADMINISTERED. I NEVER SAW THE DOCTOR AGAIN, ONLY THE NURSES. TODAY, BEING TUES. MAY 8TH, 2018, MY LEG HAS NOT COMPLETELY HEALED, NOR HAVE MY LEFT RIBS. MY LEG WAS SHOWN STILL BROKEN AS OF ABOUT 2½ WEEKS AGO, AND IS ON RECORD AT THE FOUNTAIN H.C.U.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT SGT. WILLIAMS & OFF. MANAGEN PUNISHED TO THE FULLEST EXTENT OF THE LAW. I AM ALSO REQUESTING THAT NOT ONLY I, BUT THE FOUR (4) NURSES THAT HAD TO WITNESS THIS VIOLENCE BE GRANTED A CASH SETTLEMENT. THEM FOR LOST WAGES & MENTAL TRAUMA, AND ME FOR PHYSICAL & MENTAL TRAUMA. I AM ASKING FOR $250,000.00 FOR MYSELF.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- ☑ Yes
- ☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

STATON CORRECTIONAL FACILITY

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- ☐ Yes
- ☐ No
- ☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- ☐ Yes
- ☐ No
- ☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- ☐ Yes
- ☑ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____
   _____
   _____
   _____

2. What did you claim in your grievance?

   _____
   _____
   _____
   _____

3. What was the result, if any?

   _____
   _____
   _____
   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____
   _____
   _____
   _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____
_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____
      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-8, 2018.

Signature of Plaintiff   *David E. Harmon*
Printed Name of Plaintiff   DAVID E. HARMON
Prison Identification #   220293
Prison Address   E-12. FOUNTAIN CORR. FAC. DORM J-50A  9677 Hwy 231
         ATMORE                AL         36502-4271
         City                  State      Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____

Clauiel Harmon AIS #220293
Fountain Corr. Fac. Dorm J-50A
9677 Hwy. 231
Atmore, AL 36502-4271



United States District Clerks Office
Debra P. Hackett, Clerk.
Frank M. Johnson Jr. U.S. Courthouse Complex
1 Church St. Ste. B110 36104
P.O. Box 711
Montgomery, AL 36101-0711

