# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DAVID EDWARD HARMON,** ) | |
| **AIS # 220293** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.:** |
| ) | **2:18-CV-506-WKW-SRW** |
| **DEVLON WILLIAMS,** *et al.***,** ) | |
| ) | |
|     **Defendants.** ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Assistant Attorney General, Benjamin H. Albritton, and respectfully moves this Honorable Court to allow him to withdraw as counsel for the Defendants and for cause, states:

1. Due to a conflict, the defense of this case was referred to outside counsel.

2. Attorney Steven Herndon has filed his Notice of Appearance on behalf of the Defendants (Doc. 14).

3. No party will be prejudiced by the granting of this motion.

WHEREFORE, undersigned counsel requested that he be removed as counsel of record for the Defendants.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton
ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 22nd day of August 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to:

Steve Herndon, Counsel for the Defendants

I further certify that I have mailed a copy of the foregoing to the following participants:

David Edward Harmon, AIS# 220293
Fountain Correctional Facility
Fountain 3800
Atmore, AL 36503-3800

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)

2