IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID EDWARD HARMON, #220293 | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:18-cv-506-WKW-SRW |
| SGT. DEVLON WILLIAMS, et al. | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT**

Defendants Williams and Managan, by and through undersigned counsel, provide this updated status report. Undersigned counsel conducted an in-person settlement conference with the Plaintiff on April 12, 2019 and the parties reached a confidential settlement. The paperwork to complete settlement is being finalized and Plaintiff has indicated to undersigned counsel that he will file a motion to dismiss his case shortly.

Respectfully submitted,

*/s/ Steven K. Herndon*
STEVEN K. HERNDON
(ASB-0093-O74S)
Attorney for Defendants

Herndon Law PC
1430 I-85 Parkway, Suite 234
Montgomery, AL  36106
Telephone:  (334) 386-3848
Facsimile:  (334) 386-3852
steve@herndon.law

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of April, 2019 I have served a copy of the foregoing on all parties by using the CM/ECF system or by U.S. mail:

David Edward Harmon
AIS #220293
ADOC Fountain
Fountain Correctional Facility
Fountain 3800
Atmore, AL  36503-3800

                                            */s/ Steven K. Herndon*