4-18-19

Honorable Judge Walker,

    I am writing to you in regard to Civil Action No. 2:18-CV-506-WKW, as to where I had filed a suit against Sgt. Denton Williams and officer Larry Manager of Staton Correctional Facility. As of this past Friday, April 12th, 2019, the case was resolved and the paperwork signed with attorney Steve Herndon who was hired to represent said defendants. I just wanted to notify you so that you could dismiss this from your caseload.

    If needed, I can still be contacted at the same address you have on file. Thank you very much.

Respectfully,
David Harmon
AIS # 220293

David E. Naumann AIS# 220293
Fountain Corr. Fac. dorm J-34A
3800 Fountain
Atmore, AL 36503-3800

LEGAL
MAIL

Office of the Clerk
United States District Court
One Church St. Suite B-110
Montgomery, AL 36104-4018

36104-401801

MOBILE
AL 365
19 APR '19
PM 1 L

$000.50⁰
PITNEY BOWES
APR 19 2019
FROM ZIP CODE 36502